ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtors
File No.

**FILED**

DEC - 7 2017

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re:<br><br>CHARLES E. BROWER and<br>CHARLOTTE E. BROWER,<br><br>Debtors. | Case No. F17-00413<br>Chapter 13<br><br>Declaration Re: Electronic Filing of Petition, Schedules and Statements, OF 423, and Plan if Chapter 11, 12 or 13 Case (Individuals) |
|---|---|

Part I - Declarations of the Petitioners:

We, Charles E. and Charlotte E. Brower, the undersigned debtors, **hereby declare under penalty of perjury** that the information given or to be given our attorney and the information provided in the electronically filed petition, statements, schedules, matrix and OF 423, and in our Chapter 11, 12 or 13 plan (if this is a case under such chapter) and any amendments thereto, is or will be true and correct. We consent to our attorney sending our petition, statements and schedules (and plan, if applicable); any amendments thereto; and our OF 423 to the United States Bankruptcy Court electronically. We understand that this Declaration re: Electronic Filing is to be filed with the Clerk not later than 14 days following the date the petition is electronically filed. We understand that failure to file the signed original of this Declaration will result in the dismissal of our case after a hearing on shortened time of no less than five days notice.

☐     If the petitioners are individuals whose debts are primarily consumer debts and have chosen to file under Chapter 7: We are aware that we may proceed under Chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7. We request relief in accordance with the chapter specified in the petition.

Signed: *Charlotte E. Brower*
        *Charles Eugene Brower*            Dated: 12/4/2017
        Petitioner

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Charles E. and Charlotte E. Brower, Case No.
Declaration Re: Electronic Filing of Petition, Schedules and Statements, OF 423, and
Plan if Chapter 11, 12 or 13 Case (Individuals)                                    Page 1

PART II - Declaration of Attorney

**I declare under penalty of perjury** that the debtors signed this form before I electronically submitted the petition, schedules and statements (and Chapter 11, 12 or 13 plan, if applicable). Before filing, I will give the debtors a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements in the most recent ECF System Procedures. I further declare that I have examined or will examine the above debtors' petition, schedules, statements and any amendments thereto, as well as the debtors' OF 423 and, to the best of my knowledge and belief, they are or will be true, correct and complete. I further declare that I have informed the petitioners that they may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

LAW OFFICES OF ROBERT CROWTHER
Attorneys for the Debtors

Dated: _____    By: _____
Robert P. Crowther

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Charles E. and Charlotte E. Brower, Case No.
Declaration Re: Electronic Filing of Petition, Schedules and Statements, OF 423, and
Plan if Chapter 11, 12 or 13 Case (Individuals)    Page 2